FILED BY_____D.C.

05 AUG 11  AM 8:16



THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

NO:   1:03-10018-01-T
USA v.   REGINALD RAGLAND
AD        Prosequendum
FOR:   RE-SENTENCING HEARING

TO:   USM, Western District of TN
      Warden,   FCI TALLADEGA, FEDERAL CORRECTIONAL INSTITUTION
      565 EAST RENFROE ROAD, TALLADEGA, AL   35160

YOU ARE HEREBY COMMANDED to have the person of

_____REGINALD RAGLAND_____, Inmate # __18980-076__,

by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at** __8:30__ **a.m. on the** __12th__ **day of** __September__, 20 __05__, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS _10th_ DAY OF _August_, 20 _05_.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8/11/05__

68

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 1:03-CR-10018 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT