IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        Cr. No. 03-10018-T

REGINALD RAGLAND,

    Defendant.

## MOTION TO BE RELIEVED AS COUNSEL OF RECORD

Comes now Stephen B. Shankman, Federal Defender, and J. Patten Brown, III, Assistant Federal Defender, who respectfully move this Court to allow the Federal Defender's Office to withdraw as counsel in the above styled caused. In Support thereof, Counsel would advise the Court that an incident occurred Friday, September 9, 2005 at the West Tennessee Detention Facility in Mason, Tennessee which has created an irreconcilable conflict of interest between the defendant and his assigned counsel.

WHEREFORE, PREMISES CONSIDERED, counsel respectfully moves the court to grant his motion and to allow the Federal Defender's Office to withdraw, and to appoint other counsel to represent the

**MOTION GRANTED**
DATE: 12 September 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 09-15-05

defendant.

>Respectfully submitted,
>
>Stephen B. Shankman
>Federal Defender
>200 Jefferson Avenue, Suite 200
>Memphis, TN 38103
>(901) 544-3895

## CERTIFICATE OF SERVICE

I, Stephen B. Shankman, Federal Defender, certify that I have this date delivered a true copy of the foregoing Motion to be Relieved as Counsel of Record to Mr. Jerry Kitchen, Assistant United States Attorney, 109 South Highland Street, Suite 300, Jackson, Tennessee 38301.

THIS the 12th day of September, 2005.

>Stephen B. Shankman
>Federal Defender

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 1:03-CR-10018 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT